**COURTROOM MINUTES:**
**The Honorable George C. Hanks, Jr. Presiding**

Clerk, U.S. District Court
Southern District of Texas
Filed
March 23, 2015
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? <u>Yes, June Hu</u>          ERO: <u>Lisa Gouldie</u>
USPT/USPO: <u>Sergio Garza</u>          OPEN: <u>10:19 AM</u>  ADJOURN : <u>10:31 AM ; 3:39 PM - 3:46 PM</u>

☐ OTHER DISTRICT          ☐ DIVISION          THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance          ☐ Counsel Determination Hearing          X Status Hearing
☐ Bond Hearing               ☐ Identity                                ☐ Hearing Continued on_____
☐ Detention Hearing          ☐ Preliminary Hearing                     ☐ Other_____

**CASE NUMBER** ☐ CR X MJ <u>4:15-MJ-222</u>          **Defendant #1**

                                                      **AUSA: JULIE SEARLE**

**GANG LUAN**                                         **JENNIFER REYNOLDS (RETAINED)**

_____              **713-779-9898**

_____              _____

_____              _____

☐ Date of arrest_____          ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                        Violation of  ☐ Supervised Release ☐ Probation

X Defendant ☐ Material Witness appeared          X with (PM)          X without counsel (AM)

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender          ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED  ☐ Defendant _____Released
☐ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued          ☐ Bond reinstated       ☐ Bond Revoked
☐ Defendant _____remanded to custody       ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____Waiver  of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause          ☐ Identity

X Defendant(s) _____X_____ is/are  scheduled on _3/27/2015 at 10:00 AM before Judge Hanks, Courtroom 702_ for:
          ☐ Arraignment          ☐ Counsel Determination Hearing          ☐ Identity Hearing
          ☐ Detention Hearing    ☐ Preliminary Hearing                    ☐ Final Revocation Hearing
          X  Status  Hearing

Government's oral motion to unseal case - GRANTED.